IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ERIC NAULT,** 149 N 33rd Street Omaha, NE 68131 | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| **FOOD AND DRUG ADMINISTRATION,** 10903 New Hampshire Avenue, Silver Spring, MD 20993 | )<br>)<br>)<br>)<br>) |
| **U.S DEPARTMENT OF HEALTH AND HUMAN SERVICES,** 200 Independence Ave., SW, Washington, D.C. 20201 | )<br>)<br>)<br>)<br>) |
| Defendants. | ) |

## COMPLAINT

1. Plaintiff ERIC NAULT brings this suit to force Defendants U.S. DEPARTMENT OF HEALTH AND HUMAN SERVICES ("HHS") and FOOD AND DRUG ADMINISTRATION ("FDA") to respond to and comply with NAULT's FOIA requests for records pertaining to emails and calendars of two employees at Center for Veterinary Medicine as well as records regarding salmonella in pet food.

## PARTIES

2. Plaintiff ERIC NAULT is the FOIA requester in this case.

3. Defendant U.S. DEPARTMENT OF HEALTH AND HUMANS SERVICES ("HHS") is a federal agency subject to the Freedom of Information Act, 5 U.S.C. § 552.

4.  Defendant FOOD AND DRUG ADMINISTRATION ("FDA") is a federal agency, a component of HHS, and subject to the Freedom of Information Act, 5 U.S.C § 552.

## JURISDICTION AND VENUE

5.  This case is brought under 5 U.S.C. § 552(a)(4)(B) and presents a federal question conferring jurisdiction on this Court.  *See* 28 U.S.C. § 1331.

6.  Venue is proper under 5 U.S.C. § 552(a)(4)(B).

## AUGUST 26, 2020, FIRST FOIA REQUEST (NELSON CALENDAR)

7.  On August 26, 2020, NAULT submitted a FOIA request to FDA through FDA's online portal: "I am requesting all calendar records for Eric Nelson, who works at FDA CVM, for the date range of 01.01.2020-July 31, 2020."  Exhibit A.

8.  Upon submission, FDA assigned confirmation number FDA2067816 to the request.  *Id.*

9.  On September 2, 2020, FDA acknowledged receipt of the request and assigned reference number 2020-6396 to the matter.  Exhibit B.

10.  Having received no further communication from FDA, NAULT asked for a status update on October 10, 2020.  NAULT included reference numbers of four other FOIA requests, which are all at issue in this case.  Exhibit C at 2.

11.  On October 19, 2020, FDA stated that it received the FOIA requests on September 3, 2020.  It also stated that the requests have an "estimated wait time of 18-24 months before it comes up in the queue to be processed."  Exhibit C at 1.

12.  As of the date of this filing, Defendants have not complied with FOIA, have not issued a determination letter, and have produced no responsive records.

**AUGUST 26, 2020, SECOND FOIA REQUEST (ALEWYNSE CALENDAR)**

13. On August 26, 2020, NAULT submitted a FOIA request to FDA through FDA's online portal: "I am requesting all calendar records for Mika Alewynse, who works at FDA CVM, for the date range of 01.01.2020-July 31, 2020." Exhibit D.

14. Upon submission, FDA assigned confirmation number FDA2067817 to the request. *Id.*

15. On September 2, 2020, FDA acknowledged receipt of the request and assigned reference number 2020-6397 to the matter. Exhibit E.

16. Having received no further communication from FDA, NAULT asked for a status update on October 10, 2020. NAULT included reference numbers of four other FOIA requests, which are all at issue in this case. Exhibit C at 2.

17. On October 19, 2020, FDA stated that it received the FOIA requests on September 3, 2020. It also stated that the requests have an "estimated wait time of 18-24 months before it comes up in the queue to be processed." Exhibit C at 1.

18. As of the date of this filing, Defendants have not complied with FOIA, have not issued a determination letter, and have produced no responsive records.

**AUGUST 26, 2020, THIRD FOIA REQUEST (NELSON EMAILS)**

19. On August 26, 2020, NAULT submitted a FOIA request to FDA through FDA's online portal: "I am requesting all email records for Eric Nelson, who works at FDA CVM, pertaining to the key terms: DCM, cardiomyopathy, lisa freeman, Tufts University, AAFCO, for the date range of 01.01.2020-July 31, 2020." Exhibit F.

20. Upon submission, FDA assigned confirmation number FDA20678158 to the request. *Id.*

21. On September 2, 2020, FDA acknowledged receipt of the request and assigned reference number 2020-6398 to the matter. Exhibit G.

22. Having received no further communication from FDA, NAULT asked for a status update on October 10, 2020. NAULT included reference numbers of four other FOIA requests, which are all at issue in this case. Exhibit C at 2.

23. On October 19, 2020, FDA stated that it received the FOIA requests on September 3, 2020. It also stated that the requests have an "estimated wait time of 18-24 months before it comes up in the queue to be processed." Exhibit C at 1.

24. As of the date of this filing, Defendants have not complied with FOIA, have not issued a determination letter, and have produced no responsive records.

**AUGUST 26, 2020, FOURTH FOIA REQUEST (ALEWYNSE EMAILS)**

25. On August 26, 2020, NAULT submitted a FOIA request to FDA through FDA's online portal: "I am requesting all email records for Mika Alewynse, who works at FDA CVM, pertaining to the key terms: DCM, cardiomyopathy, lisa freeman, Tufts University, AAFCO, for the date range of 01.01.2020-July 31, 2020." Exhibit H.

26. Upon submission, FDA assigned confirmation number FDA2067818 to the request. *Id.*

27. On September 2, 2020, FDA acknowledged receipt of the request and assigned reference number 2020-6399 to the matter. Exhibit I.

28. Having received no further communication from FDA, NAULT asked for a status update on October 10, 2020. NAULT included reference numbers of four other FOIA requests, which are all at issue in this case. Exhibit C at 2.

29. On October 19, 2020, FDA stated that it received the FOIA requests on September 3, 2020. It also stated that the requests have an "estimated wait time of 18-24 months before it comes up in the queue to be processed." Exhibit C at 1.

30. As of the date of this filing, Defendants have not complied with FOIA, have not issued a determination letter, and have produced no responsive records.

### AUGUST 26, 2020, FIFTH FOIA REQUEST (SALMONELLA STRANDS)

31. On or around August 26, 2020, NAULT submitted a FOIA request to FDA through FDA's online portal: "I am requesting records showing which specific salmonella strands/serotypes are pathogenic to dogs and which specific salmonella strands/serotypes are pathogenic to cats. I am also requesting records showing quantifiable amounts of salmonella proven to be pathogenic to dogs and cats." Exhibit J.

32. Upon submission, FDA assigned confirmation number FDA 2067965 to the request. *Id.*

33. On September 2, 2020, FDA acknowledged receipt of the request and assigned reference number 2020-6404 to the matter. *Id.*

34. Having received no further communication from FDA, NAULT asked for a status update on October 10, 2020. NAULT included reference numbers of four other FOIA requests, which are all at issue in this case. Exhibit C at 2.

35. On October 19, 2020, FDA stated that it received the FOIA requests on September 3, 2020. It also stated that the requests have an "estimated wait time of 18-24 months before it comes up in the queue to be processed." Exhibit C at 1.

36. As of the date of this filing, Defendants have not complied with FOIA, have not issued a determination letter, and have produced no responsive records.

### COUNT I – AUGUST 26, 2020, FIRST FOIA REQUEST (NELSON CALENDAR)

37. The above paragraphs are incorporated by reference.

38. Defendants are federal agencies and subject to FOIA.

39. The requested records are not exempt under FOIA.

40. Defendants have not complied with FOIA.

### COUNT II – AUGUST 26, 2020, SECOND FOIA REQUEST (ALEWYNSE CALENDAR)

41. The above paragraphs are incorporated by reference.

42. Defendants are federal agencies and subject to FOIA.

43. The requested records are not exempt under FOIA.

44. Defendants have not complied with FOIA.

### COUNT III – AUGUST 26, 2020, THIRD FOIA REQUEST (NELSON EMAILS)

45. The above paragraphs are incorporated by reference.

46. Defendants are federal agencies and subject to FOIA.

47. The requested records are not exempt under FOIA.

48. Defendants have not complied with FOIA.

### COUNT IV – AUGUST 26, 2020, FOURTH FOIA REQUEST (ALEWYNSE EMAILS)

49. The above paragraphs are incorporated by reference.

50. Defendants are federal agencies and subject to FOIA.

51. The requested records are not exempt under FOIA.

52. Defendants have not complied with FOIA.

### COUNT V – AUGUST 26, 2020, FIFTH FOIA REQUEST, (SALMONELLA STRANDS)

53. The above paragraphs are incorporated by reference.

54. Defendants are federal agencies and subject to FOIA.

55. The requested records are not exempt under FOIA.

56. Defendants have not complied with FOIA.

**WHEREFORE,** NAULT asks the Court to:

i. declare that Defendants have violated FOIA;

ii. order Defendants to conduct a reasonable search for records and to promptly produce the requested records;

iii. enjoin Defendants from withholding non-exempt public records under FOIA;

iv. award NAULT attorneys' fees and costs; and

v. award such other relief the Court considers appropriate.

Dated:  November 24, 2020

RESPECTFULLY SUBMITTED,

*/s/ Merrick J. Wayne*

Attorneys for Plaintiff,
ERIC NAULT

Matthew Topic, D.C. Bar No. IL0037
Joshua Burday, D.C. Bar No. IL0042
Merrick Wayne, D.C. Bar No. IL0058
LOEVY & LOEVY
311 N. Aberdeen, Third Floor
Chicago, IL 60607
(312) 243-5900
foia@loevy.com